IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BARRETT, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　　-v-<br><br>THE GARAGE CARS, LLC d/b/a THE GARAGE,<br><br>　　　　　　　　Defendant. | Civil Case Number: 1:23-cv-11018-NMG<br><br>**DECLARATION** |

**DECLARATION OF PLAINTIFF MICHAEL BARRETT IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Michael Barrett, hereby affirm, that if called to testify in this case, I would plead as follows:

1. I am the named Plaintiff in this matter, and make this Declaration based upon my own personal knowledge.

2. I submit this declaration in support of Plaintiff's Motion for Class Certification.

3. On or about August 23, 2020, I was shopping online for a vehicle when I came across the Defendant's advertisement on their website advertising the sale of a 2013 Audi Q5 for $14,995. A true and accurate copy of that advertisement is attached as Exhibit A.

4. I ultimately purchased this vehicle for $14,700 from the Defendant, but they insisted on charging me a Documentary Preparation fee of $489, even though I asked for that fee to be removed. A true and accurate copy of the Motor Vehicle Purchase Contract is attached as Exhibit B.

5. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: June 28, 2024

*Mike Barrett*
Mike Barrett (Jun 28, 2024 15:14 EDT)
MICHAEL BARRETT