## 2013 Audi Q5 2.0 quattro Premium

Print Brochure

**ONE OWNER**LOW MILES** RUNS NEW! CALL 508-807-4493 TEXT 774-328-7170



|  |  |  |  |
|---|---|---|---|
|  |  | **$14,995** |  |
| Stock #: | 16155HP | Color: | Blue |
| VIN#: | WA1CFAFP8DA016155 | Transmission: | Automatic |
| Year: | 2013 | Interior: | Leather |
| Make: | Audi | Drive Train: | AWD |
| Model: | Q5 | Mileage: | 73910 |
| Trim: | 2.0 quattro Premium | State: | MA |
| Engine: | 2.0L L4 DOHC 16V | Vehicle Type: | SUV |

**Contact Information:**

The Garage Bridgewater
Lauren
456 Bedford St
Bridgewater, MA 02324
508-807-4493

20 City        28 Hwy

**Scan QR Code:**



### 2013 Audi Q5 2.0 quattro Premium Vehicle Options

- 4WD/AWD
- Air Conditioning
- AM/FM Radio
- Bluetooth
- Cargo Area Tiedowns
- Child Safety Door Locks
- Daytime Running Lights
- Driver Airbag
- Electronic Brake Assistance
- Front Air Dam
- Front Power Lumbar Support
- Genuine Wood Trim
- Heated Exterior Mirror
- Interval Wipers
- Leather Seat
- Leather Steering Wheel
- Locking Differential
- Passenger Airbag
- Power Adjustable Exterior Mirror
- Power Locks
- Power Seats
- Power Windows
- Rear Window Defogger
- Second Row Folding Seat
- Side Head Curtain Airbag
- Steering Wheel Mounted Controls
- Tachometer
- Tilt Steering
- Tire Pressure Monitor
- Traction Control
- Vehicle Anti-Theft

- ABS Brakes
- Alloy Wheels
- Automatic Headlights
- Cargo Area Cover
- CD Player
- Cruise Control
- Deep Tinted Glass
- Driver Multi-Adjustable Power Seat
- Fog Lights
- Front Heated Seat
- Front Side Airbag
- Handsfree Wireless
- Heated Seats
- Keyless Entry
- Leather Seats
- Load Bearing Exterior Rack
- Owners Manual
- Passenger Multi-Adjustable Power Seat
- Power Door Locks
- Power Mirrors
- Power Sunroof
- Rain Sensing Wipers
- Rear Wiper
- Separate Driver/Front Passenger Climate Controls
- Skid Plate
- Sun Roof
- Telescopic Steering Column
- Tilt Steering Column
- Towing Preparation Package
- Trip Computer
- Vehicle Stability Control System

2013 Audi Q5 2.0 quattro Premium Vehicle Description

*PROFESSIONALLY DETAILED*, Leather. We specialize in financing: First-time buyers, prior bankruptcy, bad credit, WE CAN HELP! Build or rebuild your credit with us! Great credit? We have great financing options! We Look forward to serving you! Blue 2013 Audi Q5 2.0T Premium quattro 4D Sport Utility 2.0T Premium quattro quattro 2.0L I4 TFSI Direct Injection DOHC 8-Speed Automatic Odometer is 16246 miles below market average! 20/28 City/Highway MPG The Garage treats the needs of each individual customer with paramount respect. We know that you have high expectations, and as a family business we take pride in the challenge of meeting and exceeding those standards each and every time. Our experienced Sales Staff is eager to share their knowledge and enthusiasm with you. We encourage you to browse our online inventory, stop by for a test drive and inquire about our variety of financing options. You can also request more information about a vehicle using our contact us form or by calling 508-583-5955. Awards: * 2013 IIHS Top Safety Pick * 2013 KBB.com 10 Best Luxury SUVs * 2013 KBB.com 10 Best Certified Pre-Owned Luxury Cars Under $30,000

THIS VEHICLE IS AT OUR BRIDGEWATER LOCATION, 456 BEDFORD ST., 02324. PLEASE CALL LAUREN AT 508-807-4493/774-328-7170 FOR MORE INFORMATION. FINANCE OPTIONS FOR MOST CREDIT SITUATIONS. REBUILD YOUR CREDIT WHILE YOU DRIVE. WE GIVE TOP DOLLAR FOR YOUR TRADE! OPEN 7 DAYS/WEEK.

## Vehicle Disclaimer

The Garage of Bridgewater is not responsible for typographical errors or omissions.