# MOTOR VEHICLE PURCHASE CONTRACT

**THE GARAGE CARS, LLC DBA THE GARAGE**
456 BEDFORD STREET
BRIDGEWATER, MA 02324
PHONE: 508-807-4493   FAX: 508-807-1030

FOR CONSUMER USE ONLY

| DATE | ORDER NO. | STOCK NO. | SALESPERSON |
|---|---|---|---|
| 09/19   20 | 21765 | 16155HP | LAUREN CARSON |

| PURCHASER'S NAME(S) ("I" or "Me") | STREET ADDRESS |
|---|---|
| MICHAEL J BARRETT AND SARAH E CLEM | 10 THOREAU ROAD |

| CITY/STATE/ZIP | HOME PHONE | BUSINESS PHONE |
|---|---|---|
| PLYMOUTH, MA 02360 | 781-534-5927 | 000-000-0000 |

ENTER MY ORDER FOR: **ONE** (QUANTITY)
NEW ☐   USED ☒   FORMER USE (IF APPLICABLE)   DEMONSTRATOR ☐   FORMER LEASED CAR ☐   POLICE CAR ☐   FORMER DAILY RENTAL ☐   REBUILT INSURANCE TOTAL ☐   TAXICAB ☐

| Year | Make | Model Name | Body Style/Type | Model No. | Transmission | (Speeds) | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | AUDI | Q5 | UTILITY | | Standard ☐  Automatic ☒ | | 4 | 5 | 4 |

| Vehicle identification No. | Color 1st / 2nd / 3rd | Interior 1st / 2nd / 3rd | Top | Odometer mi. ☒ km. ☐ | Approx. Delivery Date |
|---|---|---|---|---|---|
| WA1CFAFP8DA016155 | BLUE | | | 74,390 | 9/19/2020 |

### TRADE IN

| Year | Make |  |
|---|---|---|
| Model | Type | Color |
| V.I.N. | | |
| Odometer | | (mi. ☒ /km. ☐) |
| Transmission ☒ Standard (Speeds) ___ ☒ Auto | | |
| No. of Cyl. | Pass. | Doors |
| Salvage Title  Yes ☐  No ☐ | | |

PREVIOUS OWNER
City/State/Zip
LIENHOLDER
Address
City/State/Zip
Acct. No.     Check No.
**Balance Due $**     0.00

Additional Information-Vehicle Purchased
LIENHOLDER   USAA FED. SAVINGS BNK
Address     P.O. BOX 25145
City/State/Zip   LEHIGH VALLEY, PA 18002
INSURANCE CO.
Agent/Branch
Address/City

### WARRANTY INFORMATION
This vehicle carries an express warranty. Purchaser may obtain a copy of such warranty from the dealer upon request at time of order and will receive the warranty at time of delivery.

### REGISTRATION FEE/TITLE FEE SALES TAX

| Application for Title ☐ | |
|---|---|
| Application for Reg. ☐ New ☐ Transfer | |
| Registration No. | |
| Registration Fee | $ 0.00 |
| Title Fee | $ 100.00 |
| Mass. Sales Tax | $ 949.31 |

*Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of $ **11,500.00** may, at your option, be retained by you to compensate you in whole or in part for any loss sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.
Purchaser's Initials [ ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER.
Purchaser's Initials [ ]

This contract is not binding upon either dealer or purchaser until the following conditions are met:
(1) The contract is signed by dealer or his/her authorized representative;
(2) Other: ___
(3) Other: ___

PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and purchaser, and no other agreement or understanding has been made or entered into.

Purchaser's Signature
Co-Purchaser's Signature
Authorized Dealer Representative

| Social Security No. | 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 |
|---|---|
| Date of Birth | 3/8/1982 |
| Employer ID No. | |
| E-mail Address | |
| Price of Unit | $ 14,700.00 |

Additional Equipment/Items
Used Car Buyer Guide. The information you see on the windows of this form for this vehicle is part of this contract. Information in the window form over rides any contrary provisions in the contract of sale. I hereby acknowledge receipt of the buyers guide at the closing of this sale.

**Dealer Installed Accessories**

| | | |
|---|---|---|
| 1. Total Price | | $ 14,700.00 |
| 2. Discount | $ | 0.00 |
| 3. Trade-In Allowance | $ | |
| 4. Rebate(s) | $ | |
| | $ | |
| 5. Trade Difference (line 1 minus lines 2,3,& 4) | $ | 14,700.00 |
| 6. *Mass. Sales Tax 6.25% of line 5 | | 949.31 |
| 7. Title Preparation | | 100.00 |
| 8. Documentary Preparation | $ | 489.00 |
| 9. Other | $ | 0.00 |
| 10. **TOTAL CONTRACT PRICE** (Total of lines 5,6,7,8, & 9) | $ | 16,238.31 |
| 11. Balance Due on Trade-In | $ | 0.00 |
| 12. Subtotal (Total of lines 10 &11) | $ | 16,238.31 |
| 13. Deposit | | 11,500.00 |
| 14. Amount to be Financed | | 0.00 |
| 15. Cash Due on Delivery | | 4,738.31 |
| 16. **TOTAL PAYMENT** (Total of lines 13,14 &15) (line 16 must equal line 12) | $ | 16,238.31 |

Oliveri's Promotional Supplies • 978-977-3100

GAR00001