## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**MICHAEL BARRETT**, on behalf of himself and all others similarly situated,

Plaintiffs,

-v-

**THE GARAGE CARS, LLC d/b/a THE GARAGE,**

Defendant.

**Civil Case Number: 1:23-cv-11018-NMG**

### ORDER DECERTIFYING CLASS AND DISMISSING CASE

**AND NOW**, this _____7th_____ day of _____February_____, 20_25_, upon consideration of Plaintiff's Motion to Decertify the Class in this case, filed on consent of all parties, and it appearing that good cause exists for the granting of such relief, it is hereby

ORDERED, that the Plaintiff's Motion to Decertify is granted. Furthermore, as this Court has been advised by Counsel that this action has settled on an individual basis in light of the difficulties in identifying the class members, it is further

ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

_____
HONORABLE NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE